

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2016

No. 04-16-00694-CR

Rene **DE LA CERDA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5361
Honorable Pat Priest, Judge Presiding

# O R D E R

Appellant's appointed counsel has filed a motion to withdraw as appellate counsel. The motion is GRANTED. *See* TEX. R. APP. P. 6.5.

The trial court must determine whether appellant is indigent, and if so, appellate counsel must be appointed. It is therefore ORDERED that this appeal is ABATED to the trial court. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). The trial court is ORDERED to determine whether appellant is indigent. If appellant is indigent, the trial court is ORDERED to appoint new appellate counsel. The trial court is FURTHER ORDERED to cause the trial court clerk to file a supplemental clerk's record containing documentation that either (a) appellant is not indigent or (b) the appointment of counsel **within 30 days** from the date this order is signed. After the supplemental clerk's record is filed, the appeal will be reinstated on the docket of this court. **All appellate deadlines are suspended until this reinstatement.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2016.

Keith E. Hottle
Clerk of Court